IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CITY OF COLUMBIA, MISSOURI, ) | |
| Plaintiff, ) | |
| v. ) | No. 05-0309-CV-W-DW |
| ) | |
| U.S. DEPARTMENT OF LABOR, OCCUPATIONAL, ) | |
| HEALTH AND SAFETY ADMINISTRATION, ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Plaintiff's motion for voluntary dismissal. (Doc. No. 5.) Defendant does not oppose the motion. For good cause shown, and pursuant to Federal Rule of Civil Procedure 41, the Court dismisses the above-styled action without prejudice.

IT IS SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court

Date: July 8, 2005